No. 76–15. CONTINENTAL T. V., INC., ET AL. *v.* GTE SYLVANIA, INC. C. A. 9th Cir. [Certiorari granted, *ante*, p. 893.] Motion of Motor Vehicle Manufacturers Assn. for leave to file a brief as *amicus curiae* denied. Motions of International Franchise Assn. and Associated Equipment Distributors for leave to file briefs as *amici curiae* granted.

No. 76–37. VORCHHEIMER *v.* SCHOOL DISTRICT OF PHILADELPHIA ET AL. C. A. 3d Cir. [Certiorari granted, *ante*, p. 893.] Motion of American Jewish Committee et al. for leave to file a brief as *amici curiae* denied.

No. 76–316. BATES ET AL. *v.* STATE BAR OF ARIZONA. Appeal from Sup. Ct. Ariz. [Probable jurisdiction noted, *ante*, p. 813.] Motion of the State Bar of California for leave to participate in oral argument as *amicus curiae* denied. Motion of Richard B. Spohn, Director of Department of Consumer Affairs for the State of California, for leave to file a brief as *amicus curiae* denied.

No. 76–333. UNITED AIR LINES, INC. *v.* EVANS. C. A. 7th Cir. [Certiorari granted, *ante*, p. 917.] Motion of Isaiah S. Dorfman, Esquire, to permit Alan M. Levin, Esquire, to argue *pro hac vice* on behalf of respondent granted. Motions of Equal Employment Advisory Council et al. and Delta Air Lines, Inc., et al. for leave to file briefs as *amici curiae* granted. Motion of American Federation of Labor & Congress of Industrial Organizations for leave to file a brief as *amicus curiae* denied.

No. 76–615. SLOAN *v.* MULLIGAN, U. S. CIRCUIT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 76–5844. JOHNSON *v.* MALLEY, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.